IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:10-CV-842-TMH |
| ) | [WO] |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On June 29, 2011, the Magistrate Judge issued a Recommendation (Doc. 48) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. The Report and Recommendation (Doc. 48) is ADOPTED;

2. The motion for preliminary injunction filed by the plaintiff (Doc. 47) is DENIED; and

3. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this 6th day of September, 2011.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE