IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, ) | |
| AIS # 105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO.  2:10cv842-TMH-TFM |
| ) | |
| RICHARD ALLEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On October 11, 2011, the Magistrate Judge filed a Recommendation in this case. (Doc. No. 59.)  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED, and the plaintiff's motion for a preliminary injunction (Doc. No. 58) be and is hereby DENIED. It is further

ORDERED that the plaintiff's claims against the defendants be referred back to the undersigned for appropriate proceedings.

Done this 9th day of November, 2011.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
UNITED STATES DISTRICT JUDGE