IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, ) | |
| AIS # 105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  2:10-cv-842-TMH |
| ) | [wo] |
| RICHARD ALLEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On February 29, 2012, the Magistrate Judge filed another Recommendation in this case to which no timely objections have been filed. (Doc. No. 64).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, that Plaintiff's motion for Preliminary Injunction filed on February 23, 2012, be DENIED, and that this case be referred back to the undersigned for additional proceedings.

DONE this 30th day of March, 2012.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
UNITED STATES DISTRICT JUDGE