IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY FRANK CAMERON, | ) | |
| AIS # 105591, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:10-cv-842-TMH |
| | ) | [wo] |
| RICHARD ALLEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On August 19, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 73).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, that Defendants' Motions for Summary Judgment be GRANTED, that this case be dismissed with prejudice and that the costs of this proceeding be taxed against Plaintiff.

Done this the 27th day of September, 2013.

　　　　　　　　　　　　　　　 /s/ Truman M. Hobbs
　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE