IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON,<br>AIS # 105591,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD ALLEN, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.  2:10-cv-842-TMH<br>)       [wo]<br>)<br>)<br>) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the Plaintiff, and that this action be and is hereby dismissed with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 27th day of September, 2013.

        /s/ Truman M. Hobbs
       TRUMAN M. HOBBS
       SENIOR UNITED STATES DISTRICT JUDGE